UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| JENNY RUBIN *et al.*, | : | | |
| | : | | |
| Plaintiffs, | : | Civil Action No.: | 02-0975 (RMU) |
| | : | | |
| v. | : | Document No.: | 7 |
| | : | | |
| HAMAS - ISLAMIC RESISTANCE MOVEMENT (a.k.a. "Harakat Al-Muqawama Al- Islamiyya"), | : : : | | |
| | : | | |
| Defendant. | : | | |

## ORDER AND JUDGMENT

### GRANTING THE PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

For the reasons set forth in the accompanying memorandum opinion, it is this 27th day of September, 2004,

**ORDERED** that judgment be and is entered on behalf of plaintiff Jenny Rubin against HAMAS in the amount of $21,000,000; and it is

**FURTHER ORDERED** that judgment be and is entered on behalf of plaintiff Daniel Miller against HAMAS in the amount of $36,000,000; and it is

**ORDERED** that judgment be and is entered on behalf of plaintiff Abraham Mendelson against HAMAS in the amount of $36,000,000; and it is

**FURTHER ORDERED** that judgment be and is entered on behalf of plaintiff Stuart Hersh against HAMAS in the amount of $36,000,000; and it is

**ORDERED** that judgment be and is entered on behalf of plaintiff Noam Rozenman against HAMAS in the amount of $45,000,000; and it is

**FURTHER ORDERED** that judgment be and is entered on behalf of plainitff Deborah

Rubin against HAMAS in the amount of $7,500,000; and it si

**ORDERED** that judgment be and is entered on behalf of plaintiff Renay Frym against HAMAS in the amount of $18,000,000; and it is

**FURTHER ORDERED** that judgment be and is entered on behalf of plaintiff Elena Rozenman against HAMAS in the amount of $7,500,000; and it is

**ORDERED** that judgment be and is entered on behalf of plaintiff Tzvi Rozenman against HAMAS in the amount of $7,500,000.

**SO ORDERED**.

                                    RICARDO M. URBINA
                                    United States District Judge